NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER (SBN 263197)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-0620
    Fax: (213) 894-7819
    Email: charles.canter@usdoj.gov

Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
April 9, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>        Plaintiff[s],<br><br>        v.<br><br>**[UNDER SEAL]**,<br><br>        Defendant[s]. | No. SACV 15-00389 DOC (JCGx)<br><br>STIPULATION REGARDING (1) ELECTION BY THE UNITED STATES AND THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND (2) UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER (SBN 263197)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-0620
    Fax: (213) 894-7819
Email: charles.canter@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE ENSIGN GROUP, INC., *et al.*,<br><br>Defendants. | No. SACV 15-00389 DOC (JCGx)<br><br>STIPULATION REGARDING (1) ELECTION BY THE UNITED STATES AND THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND (2) UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

The United States, the State of California, and the *qui tam* plaintiff Jane Doe (the "Relator") stipulate as follows:

The United States, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of California, pursuant to the California False Claims Act, Cal. Gov't Code § 12652(a)(3)(B), decline to intervene in the above-captioned action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the "Relator" to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  The California False Claims Act similarly so provides, Cal. Gov't Code § 12652(c)(1). Notwithstanding the language of 31 U.S.C. § 3730(b)(1), the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).  Accordingly, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States and State of California request that the parties notify the United States and the State of California of the same, and that the Court provide the United States and the State of California with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests service of all pleadings filed in this action; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The State of California requests the same. The United States and the State of California reserve their rights to order any deposition transcripts, to intervene in this action at a later date for good cause, and to seek the dismissal of this action or any claims therein.  The United States and the States of California also request service of all notices of appeal in this action.

Finally, the United States, the State of California, and the Relator stipulate that the Relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed.  The United States, the State of California, and the Relator further stipulate that all other papers filed or lodged to date in this action since the filing of the Complaint should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: April 8, 2020       HIRST LAW GROUP, P.C.

/s/ Michael A. Hirst

MICHAEL A. HIRST
Attorneys for Relators

Dated: April 8, 2020       NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section

CHARLES E. CANTER
Assistant United States Attorney
Attorneys for the United States of America

Dated: April 8, 2020       XAVIER BECERRA
Attorney General of the State of California

RANDY GLASER
Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse
Attorneys for the State of California

Finally, the United States, the State of California, and the Relator stipulate that the Relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed. The United States, the State of California, and the Relator further stipulate that all other papers filed or lodged to date in this action since the filing of the Complaint should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: April 8, 2020              HIRST LAW GROUP, P.C.


                                  _____
                                  MICHAEL A. HIRST
                                  Attorneys for Relators

Dated: April 8, 2020              NICOLA T. HANNA
                                  United States Attorney
                                  DAVID M. HARRIS, AUSA
                                  Chief, Civil Division
                                  DAVID K. BARRETT, AUSA
                                  Chief, Civil Fraud Section
                                  ABRAHAM C. MELTZER
                                  Deputy Chief, Civil Fraud Section


                                  _____
                                  CHARLES E. CANTER
                                  Assistant United States Attorney
                                  Attorneys for the United States of America

Dated: April 8, 2020              XAVIER BECERRA
                                  Attorney General of the State of California


                                  _____
                                  RANDY GLASER
                                  Deputy Attorney General
                                  California Department of Justice
                                  Bureau of Medi-Cal Fraud & Elder Abuse
                                  Attorneys for the State of California

|   |   |
|---|---|
| 1 | PROOF OF SERVICE BY E-MAIL |

2  I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

  On April 8, 2020, I served the STIPULATION REGARDING (1) ELECTION BY THE UNITED STATES AND THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND (2) UNSEALING OF CASE on each person or entity named below by e-mail.

  Date of e-mailing: April 8, 2020. Place of e-mailing: Los Angeles, California.

  Person(s) and/or Entity(s) to whom mailed:

Michael A. Hirst
michael.hirst@hirstlawgroup.com
Hirst Law Group, P.C.
200 B Street, Suite A
Davis, CA 95616

Randy Glaser
randy.glaser@doj.ca.gov
Office of the Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on April 8, 2020, at Los Angeles, California.

CHARLES E. CANTER

3