1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10 UNITED STATES OF AMERICA and STATE of CALIFORNIA, *ex rel*. SHARON GINGER,

Case No.:  8:15-CV-00389-JWH-DFM

11

**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A CONTINUANCE OF THE DISCOVERY CUT-OFF, PRETRIAL, AND TRIAL DATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(B)(4)**

12                 Plaintiffs,

13       v.

14 THE ENSIGN GROUP, INC. and ENSIGN FACILITY SERVICES, INC.,

15

16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Upon stipulation of the parties, and good cause appearing, it is hereby **ORDERED** as follows:

1.      The Parties **SHALL** substantially complete their document productions on or before September 29, 2023.

2.      The Parties **SHALL** take all Rule 30(b)(1) and 30(b)(6) depositions on or before January 26, 2024.

3.      Further deadlines are **EXTENDED** be as follows:

| <u>Event</u> | <u>Date</u> |
|---|---|
| Initial Disclosure of Expert Witnesses: | February 23, 2024 |
| Rebuttal Expert Witnesses Disclosure: | March 22, 2024 |
| Expert Discovery Cut-Off: | April 19, 2024 |
| Deadline to File Dispositive Motions: | June 14, 2024 |
| Settlement Conference Completion: | July 12, 2024 |
| Oppositions to Dispositive Motions: | July 12, 2024 |
| Replies in Support of Dispositive Motions: | August 16, 2024 |
| Hearings on Dispositive Motions: | September 6, 2024, at 9:00 a.m. |
| Hearing on Motions *in Limine*: | November 8, 2024, at 9:00 a.m. |
| Final Pretrial Conference: | November 15, 2024, at 1:00 p.m. |

| Jury Trial: | December 2, 2024, at 9:00 a.m. |
|---|---|

**IT IS SO ORDERED.**

Dated: May 17, 2023

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE